UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOSE R. ALVAREZ JR.,

              Plaintiff,

  v.

MIKE KANALAKIS et al,

              Defendant.

_____/

Case Number: CV09-03762 CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 11, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jose R. Alvarez Prisoner Id 0905848
P.O. Box 809
Salinas, CA 93902

Dated: March 11, 2010

                      Richard W. Wieking, Clerk

                      By: Barbara Espinoza, Deputy Clerk